FILED

2022 MAR -7 AM 10: 09

Name: Yang Mo Goo

e-mail : yangmogoo@gmail.com

Address : 5342 La Luna Drive. La Palma,

CA 90623.

Phone Number: 714-952-1217

Plaintiff in Pro Per

UNITED STATES DIISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Yang Mo Goo,

    Plaintiff,

        vs.

Michaelis Kim

    Defendants.

Case No: 8:22- 358 - FLA - GJSx

To be supplied by the Clerk of

The United States District Court

Complaint

    After taking Colonoscopy, in November 12' 2021, two weeks later Dr. Michaelis Kim asked me to pick up medicines for colon bacilli. I went to Pharmacy and picked up three medicines; Clarithromycin, Omeprazole and Amoxicillin. Dr. Michaelis Kim asked me to take twice a Daily for 14 Days.

CV-126 (09/09)      **PLEADING PAGE FOR A COMPLAINT**

After taking medicines, I get watery feces (loose feces) every day. Watery feces never stop until now (3 months). It comes anytime in daytime or in the night.

End of complaint.

March 5, 2022

By Yang Mo Goo

Plaintiff in Pro Per

Complaint

CV-126 (09/09)   PLEADING PAGE FOR A COMPLAINT

Name: Yang Mo Goo

e-mail : yangmogoo@gmail.com

Address : 5342 La Luna Drive. La Palma,

CA 90623.

Phone Number: 714-952-1217

Plaintiff in Pro Per

UNITED STATES DIISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Yang Mo Goo, | Case No: |
|---|---|
| Plaintiff, | |
| vs. | To be supplied by the Clerk of |
| Michaelis Kim | The United States District Court |
| Defendants. | |

Jurisdiction

1. This court has jurisdiction under 28 U.S.C. 1331. Federal question jurisdiction arises pursuant to list the federal laws of statutes that apply to my Cases.

Venue

2. Venue is proper pursuant to 28 U.S.C. 1391, because the events giving rise to this complaint happened; State Legal court denied to accept complaint for my case.

CV-126 (09/09)        PLEADING PAGE FOR A COMPLAINT

## Parties

3. Plaintiff (Yang Mo Goo) resides at 5342 La Luna Drive, La Palma, CA 90623 (714-952-1217)

4. Defendant (Michaelis Kim) sttends at 1741 W. Romneya Dr, Suite F, Anaheim, CA 92801 (714-408-9481)

## Statement of Facts

5. Two weeks later after taking Colonoscopy, Dr. Michaelis Kim asked me to pick up medicines for colon bacilli;

    a) Clarithromycin 500 mg Tab generic for Biaxin 500 mg TAB. Take 1 Tablet by Mouth Twice Daily for Hpylory Treatment  Dr. Kim Michael

    b) Omeprazole 20 mg CAP XIR, generic for Prilosec 20 mg CAP, Take 1 Capsule by mouth twice Daily for 14 days for H. Pylori Treatment. Kim Michael

    c) Amoxicillin 500 mg CAP SAN. Take 2 Capsules by Mouth Twice

6. Michaelis Kim asked me to take the medicines twice a day for 14 Days. I started to take the pills early in December, 2021.

7. After I took the medicines in the morning and in the evening, I started to get loose bowels, and I thought it to be a temporary problem.

8. Second day night I took the medicine at 6 o'clock in the afternoon, and slept at 8 o'clock. At ten o'clock in the night I vomited. Not much food residue came out. I got loose bowel. Next day I had the same problem in the night.

9. I tried to call doctor to ask about the loose bowel and to tell the vomit. Doctor picked up my phone, but he hang up it right away without listening anything from me. Before colonoscopy I told him I wouldn't take medicine, but he prescribed them to me. So, I started to take the medicine to clean colon bacilli.

10. I sent my sister a letter which wrote everything that I experienced after taking the medicine, and I asked her to talk about my problem with the Doctor. The letter is still in my cellular phone. But she did not tell anything to the Doctor.

11. I hoped that, when I finished taking medicines, I would become normal. Even after I finished taking medicines, getting loose bowels continued. Everyday in the night or in the morning, I had loose bowels. It has continued 3 months until now (March 1, 2022). It never stops. Something might be damaged in my intestine.

12. In January, 2022, I started to take photos of the watery feces and began to write every thing from Jan 18, 2022.

13. In Jan. 2022, I tried to contact Dr. Michaelis Kim, but the girl told me Dr. Kim moved some other unknown places. She refused to give me the exact place where I can contact him.

14. Later I met other Doctors and talked with them on my problem. Doctors couldn't find anything with me, or by examination of my body, blood, urine etc. Doctor told me everything normal.

15. Loose bowls came out to the bed, during sleeping. Sometimes my whole pant became wet with loose bowls in the daytime. I could not hold the loose bowls. It happened 3 times when I was outside.

16. I have lost appetite and I have been thirsty all day. In the night before excreting loose bowel, my whole belly, from bottom near my anus to top, near my stomach, left or right sides of my belly, gives all kinds of different, big or small sounds for 2 or 3 hours until I empty myself with loose bowels. I have to empty myself 3 times or more daily from 3 o'clock in the night to 10 o'clock in the morning .

17. Last three months after I took the medicines, I have got only watery loose bowels. No hard bowel at all.

### Claim

I claim seven million dollars or more for my problem which might interfere in my regular living.

Total amount claiming : $7,000,000.

### Request for Relief

I need judgment against Dependant and any companies or any persons worked with Dependant to my problems.